# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BALDWIN,<br>   Plaintiff,<br>vs.<br>DIVERSIFIED CONSULTANTS, INC.,<br>   Defendant. | Case No. 16-cv-00184- JLS-NLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE**<br><br>(Dkt. No. 15) |

Plaintiff Ryan Baldwin and Defendant Diversified Consultants, Inc., jointly move for a continuance of the May 13, 2016 Telephonic Settlement Disposition Conference. For good cause shown, the Court **GRANTS** the joint motion. Accordingly, it is **ORDERED** that the Telephonic Settlement Disposition Conference is hereby continued to **July 22, 2016** at **9:30 a.m.** Plaintiff's counsel shall initiate the call.

/

/

/

The Court will vacate the conference if the parties file the appropriate dismissal papers before that date.

**IT IS SO ORDERED.**

Dated:  May 12, 2016

*[signature]*

Hon. Nita L. Stormes
United States Magistrate Judge