UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BALDWIN,<br><br>                           Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>                          Defendant. | Case No.: 16-CV-184 JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 17) |

      Presently before the Court is the parties' Joint Motion Re: Dismissal of Entire Action and All Parties With Prejudice, Pursuant to FRCP 41(a)(1). (ECF No. 17.) Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the parties, this action is **DISMISSED WITH PREJUDICE** in its entirety. Each party shall bear its own costs and expenses.

      **IT IS SO ORDERED.**

Dated: July 7, 2016

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge